**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   KARL R FRITZGERALD                             CASE NO: 07-19109
         SABINA M FRITZGERALD                           CHAPTER 13

         DEBTORS(S)                                     JUDGE:  JACK B SCHMETTERER


                                                        NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   BAC HOME LOANS SERVICING

--------------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0010 | 5969 | $ 9,267.68 | $ 9,267.68 | $ 9,267.68 |

Total Amount Paid the Trustee                                               $   9,267.68

--------------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                       X   Direct by the Debtor(s)

--------------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 25th day of   January, 2013.

Debtor(s)                                                           Debtors Attorney
SABINA M FRITZGERALD
KARL R FRITZGERALD                                                  THOMAS M BRITT
4449 JEFFERSON ST                                                   7601 W 191ST ST #1W
RICHTON PARK IL 60471                                               TINLEY PARK IL 604870000

Mortgage Arrearage Creditor

BAC HOME LOANS SERVICING
7105 CORPORATE DR
PYMT PROCESSING PTX B 209
PLANO TX 75024-1319

Electronic Service US Trustee

Date: January 25, 2013                                              /s/ Tom Vaughn

                                                                    Tom Vaughn, Chapter 13 Trustee
                                                                    Chapter 13 Trustee
                                                                    55 East Monroe Street, Suite 3850
                                                                    Chicago, Ill   60603